FILED
August 31, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. MO: 26-CR-119-DC** |
| | ) | |
| **(1)LEANDRO JUAREZ aka Lee Juarez** | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings **instanter**; that the Defendant, **LEANDRO JUAREZ aka Lee Juarez**, is incarcerated and is now in the custody of the Sheriff of Reeves County at the Reeves County Detention Center in Pecos, Texas.

Wherefore, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Sheriff of Reeves County commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Federal Court, Midland, Texas, **instanter**, **for the purpose of said proceedings, and any further proceedings to be held in this cause**.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: /s/ Jacob R. Parker
Jacob R. Parker OBA#32848
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701
Telephone: 202-664-3000