**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CRIMINAL NO. MO-26-CR-119-DC** |
| | ) | |
| **(1) LEANDRO JUAREZ** | ) | |
| **aka LEE JUAREZ,** | ) | |
| **(2) MOSES JUAREZ,** | ) | |
| **(3) EDUARDO LOPEZ** | ) | |
| **aka EDDIE LOPEZ,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNITED STATES OF AMERICA'S**
**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files the following Bill of Particulars for Forfeiture of Property.

The Indictment (Doc. 7) filed on August 26, 2026, gave notice that the United States seeks the criminal forfeiture of property from the Defendants indicted in the instant case pursuant to Title 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1). Specifically, this Bill of Particulars seeks the criminal forfeiture of additional property as listed herein.

The United States hereby gives notice that it seeks the criminal forfeiture of certain property from the Defendants, for violations of Title 18 U.S.C. §§ 371, 2315, and 1956(h), as follows:

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
**[*See* Fed. R. Crim. P. 32.2.]**

**I.**
**Conspiracy to Commit Theft and Related Activity in Connection with**

**Transportation and Sale of Stolen Goods Violations and Forfeiture Statutes**
**[Title 18 U.S.C. §§ 371 and 2315, subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth above, the United States gives notice to the Defendants of intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 981(a)(1)(C), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state:

**Title 18 U.S.C. § 981. Civil Forfeiture**

> (a)(1) The following property is subject to forfeiture to the United States:
> * * *
> (C) Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation . . . of this title or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

The offense of Receipt of Stolen Goods in violation of 18 U.S.C. § 2315 is an offense constituting "specified unlawful activity" (as defined in 18 USC §§ 1956(c)(7) and 1961(1)(B)).

**II.**
**Money Laundering Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 1956(h) subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(1)]**

As a result of the criminal violation set forth above, the United States of America gives notice to Defendants of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 982(a)(1), which states:

**Title 18 U.S.C. § 982.**

> **(a)(1)** The court, in imposing sentence on a person convicted of an offense in violation of section 1956, 1957, ... of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

**III.**
**Properties**

## Real Properties

1. Real Property located and situated at **108 Hidden Cove, Floresville, Wilson County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   LOT 9, HIDDEN RANCH SUBDIVISION, UNIT 2, WILSON COUNTY, TEXAS, AS SHOWN ON MAP OR PLAT THEREOF RECORDED IN VOLUME C, PAGES 285-287, OF THE MAP AND PLAT RECORDS OF WILSON COUNTY, TEXAS.

2. Real Property located and situated at **2001 North Woods Run, Mesquite, Dallas County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   LOT 12, BLOCK Y, SOLTERRA PHASE 1A, AN ADDITION TO THE CITY OF MESQUITE, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED UNDER INSTRUMENT NO. 202200319278, PLAT RECORDS, DALLAS COUNTY, TEXAS.

3. Real Property located and situated at **2270 Hodges Lake Drive, Rockwall, Rockwall County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   LOT 15, IN BLOCK 1, OF HIGH POINT LAKE ESTATES, SECTION 1, AN ADDITION TO ROCKWALL COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF, RECORDED IN CABINET F, PAGE 131, PLAT RECORDS, ROCKWALL COUNTY, TEXAS; TOGETHER WITH CERTIFICATE OF CORRECTION RECORDED IN VOLUME 4139, PAGE 71 AND VOLUME 4177, PAGE 236, REAL PROPERTY RECORDS, ROCKWALL COUNTY, TEXAS.

4. Real Property located and situated at **4408 San Pedro Court, Midland, Midland County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

BEING LOT FIFTY-THREE (53) BLOCK TWELVE (12), LOS PATIOS ADDITION, SECTION 5, AN ADDITION TO THE CITY OF MIDLAND, MIDLAND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORD IN OF CABINET L, PAGE 66, PLAT RECORDS OF MIDLAND COUNTY, TEXAS.

5. Real Property located and situated at **2260 Hodges Lake Drive, Rockwall, Rockwall County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   LOT 14, BLOCK 1, HIGH POINT LAKE ESTATES, SECTION 1, AN ADDITION IN THE CITY OF ROCKWALL, ROCKWALL COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN CABINET F, PAGE 131-134 OF THE MAP RECORDS OF ROCKWALL COUNTY, TEXAS; TOGETHER WITH CERTIFICATE OF CORRECTION RECORDED IN VOLUME 4139, PAGE 71, REAL PROPERTY RECORDS, ROCKWALL COUNTY, TEXAS AND CORRECTED IN VOLUME 4177, PAGE 236, REAL PROPERTY RECORDS, ROCKWALL COUNTY, TEXAS.

6. Real Property located and situated at **421 Ranchero Drive, Sunnyvale, Dallas County, Texas**, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows:

   LOT 95 OF STONE CANYON PHASE THREE, AN ADDITION TO THE CITY OF SUNNYVALE, DALLAS COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 2004238, PAGE 5, MAP RECORDS, DALLAS COUNTY, TEXAS.

## IV.
## Money Judgment

**Money Judgment**: A sum of money equal to the value of the property involved in, the proceeds from, and the facilitating property from the violations charged in the indictment for which the Defendants assessed a money judgment are jointly and severally liable.

## V.
## Substitute Assets

If any of the property described above as being subject to forfeiture for the violations set

forth above, as a result of any act or omission of the Defendant(s):

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America to seek forfeiture of any other property, up to the value of said money judgment, as substitute assets pursuant to Title 21 U.S.C. 853(p) and Fed. R. Crim. P. 32.2(e)(1).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: /s/ ______________________________
MARK TINDALL
Assistant United States Attorney
Texas State Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

Attorneys for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants unless stated otherwise:

/s/ ______________________________
MARK TINDALL
Assistant United States Attorney